John Grill, Appellant, v. Mathieson Alkali Works (Inc.), Respondent.— Order modified by striking out of the last paragraph the words " and all other questions which the doctors deem necessary," and by striking from the order the provision that plaintiff shall submit to a breathing test by the " oxygen dilution method of Christie," and as modified affirmed, without costs. We are not advised by the record and we cannot take judicial notice that the test mentioned could

be made with safety to the plaintiff. All concur. (The order grants a motion for physical and oral examination before trial in an action to recover for personal injuries in having contracted a respiratory disease or poison.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.